"ALLEGED IMMINENT DANGER & ONGOING HARM"

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

"AMENDED COMPLAINT"

# UNITED STATES DISTRICT COURT
for the
___MID___ District of ___FL___
___JAX___ Division

Timmy

Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

LT. Fnu CARTWRIGHT
Fnu WILSON      ET aL.
Fnu Williams
FDOC SECRETARY   Fnu WARDEN(s) @ RMC

Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

Case No. 3:24-cv-1294-WWB-MCR
(to be filled in by the Clerk's Office)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I. **The Parties to This Complaint**

  A. **The Plaintiff(s)**

  Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

  Name: Timmy Kinner
  All other names by which you have been known: N/a
  ID Number: F91538
  Current Institution: F.S.P.
  Address: PO Box 800
  Raiford, FL 32083
  City / State / Zip Code

  B. **The Defendant(s)**

  Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

  Defendant No. 1
  Name: LT. Fnu Cartwright
  Job or Title (if known): LT. @ RMC @ Time of Crime
  Shield Number: unk
  Employer: FDC @ Time of Crime
  Address: unk
  City / State / Zip Code
  [X] Individual capacity  [X] Official capacity

  Defendant No. 2
  Name: Fnu Wilson
  Job or Title (if known): C.O. @ RMC
  Shield Number: unk
  Employer: FDC/RMC
  Address: unk
  City / State / Zip Code
  [X] Individual capacity  [X] Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
Name: Fnu Williams
Job or Title (if known): C.O. @ RMC @ Time
Shield Number: Unk
Employer: FDC/RMC @ Time
Address:

City / State / Zip Code

☒ Individual capacity   ☒ Official capacity

Defendant No. 4
Name: Fnu FDC Secretary
Job or Title (if known): FDC Secretary
Shield Number: Unk
Employer: FDC
Address: Unk

City / State / Zip Code

☒ Individual capacity   ☒ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

1st, 8th, 14th Amends. Cruel & Unusual, Failure 2 Protect, Eql Protection, Retaliation, Discrimination, Freedom of Religious Practice, Freedom of Speech, & other Possible violations

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

n/a

SEC. I. B. DEFS, (CONT)

DEF. #5

NAME    MICHAEL LAMB
JOB OR TITLE    WARDEN
SHIELD #    UNK
EMPLOYER    FDC
ADDRESS    UNK

☒ INDIVIDUAL CAPACITY

DEF #6

NAME    FNU (SMITH?)
JOB OR TITLE    ASST. WARDEN
SHIELD #    UNK
EMPLOYER    FDC
ADDRESS    UNK

☒ INDIVIDUAL CAPACITY

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

FNU CARTWRIGHT, FNU WILSON, FNU WILLIAMS, FDC SECRETARY, RMC WARDEN(S), et al. all EMPLOYD BY FDC/STATE OF FL. as aGENTS OF FDC.

### III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [x] Other *(explain)* INTERSTATE TRANSFER

### IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

N/A

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

@ RMC K DORM ON OR ABOUT SEP. 13 2024 (K3107)

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C. What date and approximate time did the events giving rise to your claim(s) occur?

On FRI. SEP. 13, 2024 AROUND LUNCH BUT B4 DINNER

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* On 9/13/2024 LT CARTWRIGHT CAME 2 K3107 YELLN & MAKIN THRETS, EXPRESSN MALICE, SAYIN: HE WANTED MY BLOOD & BRAINS ON FLOOR. I WAS FORCED 2 ALLOW DEM (HIM WILSON & WILLIAMS) 2 CUFF ME & ESCORT ME OUT OF K3107. DEY (WILSON & WILLIAMS) WALKD ME TOWARD EXIT DOOR, BUT SLAMMD ME, PINNED ME DOWN 2 FLOOR & WILSON & WILLIAMS (BOTH) ATTACKD ME REPEATEDLY (PUNCHING ME IN FACE & RIBS W/ FIST & KEYS). B4 BEIN TAKEN 2 MEDICAL, FNU CARTWRIGHT CAME 2 TAUNT ME & KICKD ME IN MY FACE & HEAD REPEATEDLY W/ BOOTS UNTIL MY FACE WAS BUSTED OPEN & BLOODY. I WAS TAKEN 2 MEDICAL & TOLD DAT IT WAS RETALIATION 4 "WAT I'D DONE". PRIOR 2 DIS HAPPENING (ATTACK BY CARTWRIGHT, WILSON, & WILLIAMS) I'D INFORMD THRU GRIEVANCES & EVEN TALKD W/ FNU WARDEN ABOUT ME BEIN UN-SAFE FROM IMMINENT HARM. MY WHOLE TIME HERE IN FL I'VE COMPLAIND ABOUT UN-SAFE-NESS DUE 2 FDC STAFF SABOTAGE AGAINST ME; DER 4 WARDENS & SECRETARY WER AWARE & ARE INVOLVED/CONNECTED & LIABLE. AFTER ATTACK SOME ATTACKERS CAME & HARASSED & THRETENED ME UNTIL I WAS MOVED (OCT. 2024) WEEKS LATER.

V. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. MY ARM WAS RE-INJURED, MY RIBS WER INJURED, MY FACE & HEAD WAS BUSTED, SWOLLEN & BLOODY. I SUFFERD THRU ALL DES INJURIES & WAS ALSO DELIBERATELY D'NIED MY PHYSICAL THERAPY SESSIONS 4 BROKE ARM; ALSO CAUSED BY MALICE FROM FDC STAFF IN PREVIOUS ATTACK. PLUS, OBVIOUSLY, EMOTIONAL & MENTAL ANGUISH & PAIN & SUFFERING. MY RIBS WER INJURED 2 POINT DAT IT HURT WEN I BREATHED. I ACCESSD MEDICAL, BUT ALL I GOT WAS LIP SERVICE, UN-SUPRISINGLY. PHYSICAL & EMOTIONAL/MENTAL INJURIES CAUSED BY CONTRIBUTING ACTIONS &/OR INACTIONS BY FNU WILSON & OTHER 5 SAID DEFENDANTS. GOD BE MY WITNESS!

VI. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. I WANT 2 BE REWARDED 1 MILLION DOLLARS IN DAMAGES (ALL DAT APPLY) PUNITIVE & OTHERWISE. I WANT COUNSEL APPOINTED SO I CAN GET SPEEDY RULING BCUZ TIME IS FLYIN BY & I WANT EQUITY. I ALSO WANT COURT ORDERD TRANSFER SO I CAN BE SAFE FROM DIS ONGOING HARM & ABUSE OF NOT HAVING SAME PRIVILEGES I HAD BY BEING MALICIOUSLY MOVED HERE FROM OUTA STATE. I ALSO WANT DECLATORY RELIEF DAT FDC HAS & IS VIOLATING MY RELIGIOUS RITES & I WANT DEM ENJOINED FROM DOING DIS FURTHER. I WANT MY HAIR, MY DIET, ETC. I WANT DIS CASE PROSECUTED IN ACCORD W/ SUPREME COURT CONTROLLING/BINDING AUTHORITY, STANDARDS &/OR APPLICABLE LAW. RESPECTFULLY. LASTLY, DAT ONGOING DANGER BE DULY NOTED AS PERPETUAL, UNLESS REMOVED FROM FDOC PRISONS, I'LL CONTINUE 2 BE UN-SAFE & SUFFERING HARM.

DEF. #1 Fnu CARTWRIGHT came 2 K3107 wer I slept & said "I want ur blood fuk boy!" He dea-shortly aftr-ordered me 2 submit 2 restraints; I did. Wen I exited cell he told ofcs. Wilson & Williams if he moves put his brains on da floor. He was very loud & blatant. Aftr plottin & whisperin w/ ofcs dey b'gan 2 walk me toward exit, but pulld me 2 lef as if I wer resistin & forced me 2 ground & b'gan punchin & shortly aftr Fnu Cartwright (supervisor) joind Wilson & Williams & kickd me in face bustin my head, face & eye by takin me 2 FAI Shiflet & lyin about me bein combative.

DEF. #2 Wilson, Fnu joind Williams & Cartwright on 9/13/24 8-4 shift @ K3107 & took orders from Cartwright 2 stage attak as if I'd been resistant & as he walkd me 2 K Dorm's exit door he pulld me down & used his foot 2 trip me. My hands wer chaind 2 my waist & my ankles wer chaind too. He b'gan punchin me in face as Williams pinnd me down. Wilson mostly did da punchin, also using his keys as weapn 2 jab my in lef ribs, causing severely painful injuries & permanent dis-figurement 2 my ribs. I think he wrote a false report too 2 justify attak; 1 of em maybe Cartwright.

DEF. #3 Williams, Fnu joind in attak simply by pinnin (holdin) me down w/ his hands & knees after I was put on floor by him & Wilson. He may have punchd me too, but I'd be lyin if I said I was 100% sure. After bein seen by R/N dey put me bak in cell K3107.

DEF. #4 FDOC Secretary had ben advised since I got moved here on 5/28/22 dat his staff had created an un-safe environment & refused 2 act 2 prevent wut has bicum 3 yrs of abuse & multiple attaks by force against me by FDOC staff @ evry prison I've ben @. Der's no xcuse 4 his action &/or in-action dat ultimately led 2 his staff violating my rites & subjecting me 2 cruel & un-usual punishment by harm, or otherwise.

DEF #5 Micheal Lamb (same as Secretary) & here he alreddy knew of staff mis-conduct against me from previously bein @ UCI wen or around time I was battered by staff der. Dey knew wen I got 2 RMC (security staff did) & targeted me sadistic'ly & malici -ously as soon as I got der & I filed grievance dat FSP Warden (Smith?) A/W person -ally came 2 my cell 2 address w/ me & her Warden Lamb both violated my rites by causing me 2 be attakd by der staff, failing 2 protect me from cruel punishment, c-s a result of der actions &/or in-actions.

DEF. #6 A/W Fnu (Smith?) Same as Secretary & Warden Lamb, knew personally of my safety concerns due 2 FDC staff & personally came 2 K3107 only days aftr I got @ RMC 2 add -ress complaint about threts from security staff Tyler Watson on day of my arrival wer he thretend 2 gas me w/ 3 apps & force team assault on me which he did do @ UCI previously. Days after a/w faild 2 act I was maliciously battered by his staff. He let dis happen, God be my witness!

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

VII. **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

[X] Yes

[ ] No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

RMC

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

[ ] Yes

[ ] No

[X] Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

[ ] Yes

[ ] No

[X] Do not know

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☒ No

E. If you did file a grievance:

1. Where did you file the grievance?

RMC

2. What did you claim in your grievance?

Exactly wat happend Dat I was maliciously beat (retaliated against; misconduct)

3. What was the result, if any?

More retaliation & harrassment, LITERALLY.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

Der was no proper remedy available. Secretary hasnt stopped it, yet.

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

I FILED

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

I TALKED 2 SUPERVISORS, ALL OF DEM, 2 NO AVAIL

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

DER WAS NO REMEDY DATS WHY I ASKD 4 A MILLION DOLLARS & DIS DOESNT REPLACE WAT I LOST, my CREATIVE WORKS

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

[X] Yes ( BUT NOT @ TIME OF DIS INITIAL FILING )

[ ] No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

IT WAS JUST RECENTLY BY DIS COURT, BUT APPEAL PENDING DUE 2 MIS-APPLICATION OF LAW ON B'HALF OF COURT, BCUZ I ALLEGED "IMMINENT DANGER"

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☒ Yes

☐ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) Tommy Kinner
   Defendant(s) FDOC & Centurion Staff (Multiple)

2. Court *(if federal court, name the district; if state court, name the county and State)*
   Jax/FED/MID

3. Docket or index number
   unk

4. Name of Judge assigned to your case
   WWB, MCR, MMH?

5. Approximate date of filing lawsuit
   unk

6. Is the case still pending?

   ☒ Yes

   ☐ No

   If no, give the approximate date of disposition.

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
   PENDING

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☒ Yes

☐ No

D.  If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) ___Timmy Kinner___
   Defendant(s) ___Multiple FDOC & Centurion Defendants___

2. Court *(if federal court, name the district; if state court, name the county and State)*
   ___[scribbled] ID FED___

3. Docket or index number
   ___Unk___

4. Name of Judge assigned to your case
   ___[scribbled] GKB___

5. Approximate date of filing lawsuit
   ___Unk___

6. Is the case still pending?
   ☒ Yes
   ☐ No

   If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
   ___PENDING___

Page 10 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

IX. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: *TUE, APRIL 29, 2025*

Signature of Plaintiff: *[signature]*
Printed Name of Plaintiff: *Tammy Hinner*
Prison Identification #: *F91538*
Prison Address: *PO Box 800*
*Raiford*, *FL*, *32083*
City, State, Zip Code

B. **For Attorneys**

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address
City, State, Zip Code
Telephone Number
E-mail Address

Page 11 of 11

KINNER, Timmy F41538
max G2203
FSP
PO BOX 800
Raiford, FL 32083

OFFICIAL BUSINESS

Mailed From A State Correctional Institution



US POSTAGE PITNEY BOWES
ZIP 32083   $ 001.25
02 4W
0000385900 MAY 16 2025

**LEGAL MAIL**

US CLERK'S
300 N. HOGAN ST
JAX, FL 32202

LEGAL MAIL ONLY



LEGAL MAIL
Pro... Florida State Prison on

5/14/25      RW